UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RAYMOND H. KIMBLE, III** | **DOCKET NO. 24-cv-01070**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JAMES LEBLANC, ET AL.** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 13) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Remand (doc. 7) be **GRANTED,** and this matter be **REMANDED** to Louisiana State Court, 33rd Judicial District Court, Parish of Allen.

**THUS DONE AND SIGNED** in chambers this 29th day of September, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE